UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD W. HARRIS SR.,
                              Plaintiff

                    - against -

COMMUNITY HOUSING MANAGEMENT
CORP, ET AL

                    Defendants

17 CV 6312 (LMS)

ORDER

WHEREAS a Summons and Complaint, dated April 17, 2018, was filed and served by plaintiff Ronald Harris alleging discrimination and violation of civil rights for failure to provide a handicap parking space upon Federally Subsidized premises against defendant, and

WHEREAS the case is now in litigation in United States District Court Southern District of New York before the Honorable Judge Lisa Margaret Smith, and

WHEREAS, the plaintiff had previously filed a fair housing complaint with the Department of Housing and Urban Development on June 16, 2016, alleging the same material facts which are in controversy in the instant court case, and

WHEREAS, plaintiff's complaint was settled by virtue of a Voluntary Compliance Agreement between U.S. Department of Housing and Urban Development and Ronald Harris, and Community Housing Management Corp., dated December 13, 2017, and,

WHEREAS, the Agreement indemnified the defendants from all liability and lawsuits for the same subject matter, and

WHEREAS, Jamie E. Santiago, was the HUD Equal Opportunity Specialist whom acted as the liason between the parties in facilitating the settlement, and

WHEREAS, it appears that Mr. Santiago possesses relevant and material knowledge and information necessary to the defense of the pending litigation,

IT IS NOW ORDERED, that Mr. Jamie E. Santiago appear for depositions and render testimony on behalf of defendants in this matter, at an agreed upon mutually convenient date and time, and

IT IS FURTHER ORDER THAT, service of this order upon Mr. Ventura Simmons, Regional Counsel for U.S. Department of Housing and Urban Development by personal delivery or by over night mail to Jacob J. Javits Federal Building 26 Federal Plaza New York, New York 10278-0068 be sufficient service. *To schedule the deposition contact Kenneth Saltzman, esq. at (914) 664-3611, email KBSesq@gmail.com.*

Dated: November 13, 2019
White Plains New York

Enter:

Hon. Lisa Margaret Smith
Judge United States District Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index. No.: 17 CV 6312 (LMS)

RONALD W. HARRIS SR.,

                                          Plaintiff,

                        - against -



COMMUNITY HOUSING MANAGEMENT CORP.,
Et al.
                                          Defendants.


                              ORDER


                      **KENNETH B SALTZMAN**

Attorney for Defendants
                         Chase Bank Building
                    22 West First Street, Suite 622
                      Mount Vernon, NY 10550
                         (914) 664-4616
                       kbsesq@gmail.com




Dated: November 13, 2019                 Kenneth B. Saltzman
                                          Attorney for Defendant
                                          Chase Bank Building
                                          22 West First Street, Suite 622
                                          Mount Vernon, NY 10550