UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HARRIS,                                        :
          Plaintiff,                 :   ORDER

        -against-                         :   17 Civ. 6312 (LMS)

COMMUNITY HOUSING MGMT., et al.,               :

          Defendants.                :

-----------------------------------------------------------x

IT IS HEREBY ORDERED that *pro bono* counsel Abigal Coster and defendants' counsel Kenneth Saltzman shall provide to each other any and all deposition transcripts not previously produced no later than April 1, 2020. Production may be by mail or delivery service, or by electronic communication, including fax. It is not necessary to send copies to the Court at this time.

Dated: March 18, 2020
      White Plains, New York

**SO ORDERED**

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

Copy sent by mail to:
Ronald Harris, Sr.
16 Locust Avenue, Apt. 3L
New Rochelle, NY 10801

Copy sent via ECF to:
Kenneth Saltzman, Esq.
Abigail Coster, Esq.