UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD W. HARRIS, SR.,

           Plaintiff,

    - against –

COMMUNITY HOUSING MANAGEMENT CORP., et al.,

           Defendants.

17 CV 6312 (LMS)

ORDER

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

    The undersigned received pro se Plaintiff's opposition to Defendant's motion for summary judgment (ECF No. 60) by mail on July 22, 2020. The opposition consists of a document titled "Memorandum in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Motion to Dismiss," which includes exhibits; a document titled "Plaintiff's Affidavit in Response to Motion for Summary Judgment," which includes exhibits; and an unlabeled set of documents. Among these various documents are unredacted medical records and documents containing personal identifying information. For that reason, the undersigned respectfully requests the Clerk of Court to restrict access to Plaintiff's opposition to the remaining parties in this case, Ronald W. Harris, Sr., Community Housing Management Corp., and Huguenot Housing Associates, LLC, and their attorneys. A copy of this Order was mailed by chambers to pro se Plaintiff of record.

---

[1] The parties have consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c). Consent Order, ECF No. 27.

Dated: July 24, 2020
     White Plains, New York     **SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

2