UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD W. HARRIS, SR.,

                          **Plaintiff,**

    - against -                         17CV6312 (LMS)

COMMUNITY HOUSING MANAGEMENT CORP.,    <u>ORDER</u>
HUGUENOT HOUSING ASSOCIATES, LLC, and
OWNER OF THE HUGUENOT HOUSE,

                         **Defendants.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

      On August 21, 2020, the Court received a letter from <u>Pro Se</u> Plaintiff which states, in relevant part,

> I, Ronald Harris fought for my civil rights as a disabled person and for the rights of others with a disability.
>
> This fight came to an end after six (6) years. The New York State Department of Motor Vehicles has determined that my license will not be renewed due to my medical conditions.

Docket # 75. In this case, Plaintiff asserts claims of disability discrimination based on Defendants' failure to provide Plaintiff with an accessible parking space at the building where he lives. However, Plaintiff's letter raises the question of whether Plaintiff's claims have been mooted. Accordingly, the Court hereby orders Plaintiff to submit an affidavit

---

[1] The parties have consented to my exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c), Docket # 27.

addressing the status of his driver's license as well as any documents evidencing the determination not to renew Plaintiff's driver's license. Such affidavit and documents are to be served on Defendants and filed with the Court **by no later than October 13, 2020**.

Thereafter, **by no later than November 4, 2020**, Defendants are to serve and file a response to Plaintiff's affidavit in which they address the question of whether, based upon the non-renewal of Plaintiff's driver's license, he no longer has standing to prosecute this action, as well as any other arguments they may have that this action has thereby been rendered moot.

Dated: September __, 2020
White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

Copy mailed to Pro Se Plaintiff by Chambers