**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RONALD W. HARRIS, SR.,

                        Plaintiff,
      -against-                                  17 **CIVIL** 6312 (AEK)

## JUDGMENT

COMMUNITY HOUSING MANAGEMENT CORP.,
HUGUENOT HOUSING ASSOCIATES, LLC and
OWNER OF THE HUGUENOT HOUSE,

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 22, 2021, Defendants' motion for summary judgment (ECF Nos. 60, 72) is GRANTED, and the case is dismissed as moot.

**Dated:** New York, New York
       September 22, 2021

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                               **BY:**
                                                          **Deputy Clerk**